Good morning, and thank you to the court for inviting me to the rematch. My name is Vivian Shaw, and I'm a student of the University of North Carolina. I'm not sure if I have a trade-in for a rematch. The first of the four students who are choosing their rematch have a very specific agreement that if they choose their court against their findings, that they have a reason regarding the choice of their strategy. Now, since your question is limited in terms of entry into the site, you will still end up having to transfer for two reasons that are more important. One, you're in a dispute, and it's highly disreported. During a dispute, you may be lost in the middle of all the facts and all the law. Now, there are plenty of disputed issues in a dispute. Plenty of disputed facts. But there are a few unnecessary issues. It's really unmatched for why the decision reports were not stated in court. The other issue that the government has is you need to disclose that you filed a contractual trial team during a rematch. You have to state that the government did not disclose that you have your trial team based on their request. It's unsuitable for the government to do that. With the endorsement from the State Department, there may actually have been no need for you to do the trial team in the time that you have been granted. Do you have any questions? Yes. Yes, I do. I just want to add that the motion to lift the report from the court stated that you guys received an A in civil justice, and it's showing that you did not request a trial team. This trial team, as we call it, did not request a trial team. Now, that request is whether you got an answer or you just have to yield to the authority to host a trial team. It shows that you got the answer, but it's not actually the answer that you quoted. It's the terms you could have used to show that this is the government It would be an honor for me to compliment you, just to compliment our institution. I'm not sure if you all have heard of it, but these are two versions of the trial that's happening. The first page of the document, and the first page of the document just explains that the second page is based on these visuals. We believe this is the pressure for action in your country, and it's a little bit obvious, so it's just a picture you can take a shot. The second page is the parents, the trial team parents information. So, that's what we're talking about. I'm going to turn it back on. I was looking for those pictures. I'm going to go back to them in a minute. So, A, you can see, there's a picture of the combat situation that is reported to the chief. So, you get a clear image of the nature of the protests or the ongoing events or the situation that's reported on TV. And, B, I have a version of the image that's in there, and what I'm going to do is obviously go in there and come up to the chief and I'm going to show him the image of her class. There's a lot of evidence. She's a very well-educated, very helpful teacher, very talented, and we just don't know what she was used to. Good morning. Good morning. So, I'm going to start by answering your question. It says, you're asking the government to respond to these cases. Those are to be shown as a new form of conduct. And you say you don't have a response to them. Your assumption is that the government responded to any kind of internet discussion. Do you have a reference? Yes, I do. Okay. Okay. And it says, how does that help institutions in the U.S.? Well, there's some literature works on human rights. You'll see that in there. It says, Mr. O'Keefe was born in Iran. The question is, if you're not aware of the evidence, and you mentioned that it's happening at a university in the U.S., the government shares a high evidence that William Marshall is a human rights activist, which is to show that Mr. O'Keefe was born in Iran. So, it would be, if you had your book in earlier July, this interview would have led to evidence that just independent media has發 Brennan and t бал Ovaz that some institutions are now working very economically versus people who are working very, and put out papers to get people accountable. There's a lot of New York City, and they're insiders to New York City. And you can help some of them do that. And there's a lot of news there for some New York citizens. It's always easier if you have a few attributes. Okay. You mentioned earlier that all human rights is changed. All human rights is changed. It gets worse. It gets worse. You're talking about all of the documents that your client's been able to receive. Sure. You're talking about all of the instances that your client's been able to receive. Sure. Right. We can't solve this anymore. Absolutely not. Sarah, I have a question for both of you. Do you not believe that the state bills that you're talking about are underutilized by the federal government?  The federal government has done an equal amount of support during the pandemic. I mean, it's really important here. I mean, it is important that it can be addressed by the government. And I'm sure many of you agree with you. I mean, a lot of things are unauthenticated and therefore they're not available in this approach until it's done. But there is an opportunity to share those. You know, people will say they've been able to receive for about four years or three, I don't know, at this point. And although George is a very smart person, he's terrible at talking to people. He's insane. He's a visual. So, establishing the availability of education documents is what we have no clue right before a hearing. They were always made invisible. All federal government has done is try to be able to fairly prevent education from happening. So, I'm sure there's an opportunity for people to be able to do that. I mean, that's a huge opportunity. Well, I think there's something that's really empowering this whole sort of thing to do. So, what you're asking for, then, I guess, for POV is as far as you can get your contribution four times is enough so that if you   11th         18th and the 19th and the 20th and the 21st and the the 21st and the 25th and the   the  and the 21st    and the 23rd and the 11th and the 18th and the 19th and the 21st and the 20th and         and the 22nd and the 23rd and the 14th and the 16th and the 17th and the 18th and the 19th and the 20th and the   the 22nd and the 23rd and the 24th and the 25th and the 26th and the 27th and the 28th and    the  and the 31st and the 32nd and the 33rd and the 34th and the 35th and the 36th and the 37th and the 38th        the 41st and the 42nd and the 43rd and the 44th and the 45th and the 46th and            and the 51st and the 52nd and the 53rd and the 54th and the 55th and the  55th and the 56th and the 57th and    the 59th and the 60th and the 61st and the 62nd and the 63rd and the 64th and the 57th and the 50th and the 60th and the 54th and the 63rd and the 5 and the 57th and the 63rd and the 5th and the 6th and the 7th and the 8th and the 9th and the 10th and the 11th and the  and the 14th and the 3 and the 20th and the 29th and the 30th and the 13 and the 14th and the 15th   16th and the 17th and the 18th  the 19th and the 20th and the 21st and the 22nd and the 23rd and the 24th and the     and the 30th and the 21st and the th the
judges: Clifton, Watford, Melloy